NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BUTAMAX(TM) ADVANCED BIOFUELS LLC,**
*Plaintiff/Counterclaim Defendant-Appellant,*

AND

**E.I. DUPONT DE NEMOURS AND CO.,**
*Counterclaim Defendant,*

v.

**GEVO, INC.,**
*Defendant/Counterclaimant-
Cross Appellant.*

---

2012-1490, -1508

---

Appeals from the United States District Court for the District of Delaware in case no. 11-CV-0054, Judge Sue L. Robinson.

---

## ON MOTION

---

## ORDER

Butamax™ Advanced Biofuels LLC moves to expedite the appeal. Gevo, Inc. opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that Gevo, Inc.'s response brief is due August 17, 2012. Butamax™ Advanced Biofuels LLC's reply brief is due August 28, 2012. The joint appendix is due September 4, 2012. The case will be placed on the next available oral argument calendar after the briefing is completed.

FOR THE COURT

**JUL 3 1 2012**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Leora Ben-Ami, Esq.
Gerald J. Flattmann, Jr., Esq.

s26

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 3 1 2012

JAN HORBALY
CLERK